UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STACEY BAGAMERY,**

    **Plaintiff,**

**v.**      **Case No: 6:13-cv-615-Orl-41DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                        /

**ORDER**

THIS CAUSE came before the Court on Plaintiff's action pursuant to the Social Security Act, Title 42, United States Code Section 405(g). Plaintiff seeks judicial review of a final decision of the Commissioner of the Social Security Administration denying a claim for Social Security Income (Doc 1). On July 2, 2014, the United States Magistrate filed a Report and Recommendation (Doc. 20). The Plaintiff filed a timely Objection to the Report and Recommendation on July 15, 2014 (Doc. 21).

After an independent *de novo* review of the record in this matter, the Court is in agreement with the findings of fact and conclusions of law in the Report and Recommendation prepared by the United States Magistrate. The Report and Recommendation is hereby **ADOPTED** and **CONFIRMED** and incorporated into this Order. Specifically, a review of the record indicates that the findings rendered by the Administrative Law Judge are supported by substantial evidence and consistent with the proper applicable legal standards. Therefore, the decision of the Commissioner of the Social Security Administration is **AFFIRMED.**

    **DONE** and **ORDERED** in Orlando, Florida, on July 22, 2014.



Copies furnished to:

Counsel of Record
Unrepresented Parties